**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**WILLIAM YOUNG,**

    Plaintiff,

**-vs-**

                     **CASE NO.**    **1:11-CV-119**

                     **Judge Timothy S. Black**

**DAYTON POWER AND LIGHT COMPANY,**

    Defendant.

___

**JUDGMENT IN A CIVIL CASE**
___

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Defendants' Motion for Summary Judgment (Doc. 12)  is **GRANTED**; and that the case is **CLOSED** from the docket of the Court.

Date:  May 14, 2012                     **JAMES BONINI, CLERK**

                                             By: *s/ M. Rogers*
                                               Deputy Clerk