UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**WILLIAM YOUNG,**

    Plaintiff,

**CASE NO.    1:11-CV-119**

-vs-

**Judge Timothy S. Black**

**DAYTON POWER AND LIGHT COMPANY,**

    Defendant.

---

**JUDGMENT IN A CIVIL CASE**

---

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Defendants' Motion for Summary Judgment (Doc. 12) is **GRANTED**; and that the case is **CLOSED** from the docket of the Court.

Date:  May 14, 2012                          **JAMES BONINI, CLERK**

                                                          By: *s/ M. Rogers*
                                                          Deputy Clerk